EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawai`i

RACHEL S. MORIYAMA   (3802)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  rachel.moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 07-00049 HG LEK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION TO |
| | ) | ENTER PARTIAL DEFAULT JUDGMENT |
| v. | ) | AND DECREE OF FORFEITURE |
| | ) | AGAINST DEFENDANTS $14,114.66 |
| REAL PROPERTY LOCATED AT 148 | ) | AND $2,755.94 |
| MAUNALANIKAI PLACE IN | ) | |
| HONOLULU, HAWAII, TITLED IN | ) | |
| THE NAME OF AI HANG THI HYDE, | ) | |
| AND DESIGNATED AS TAX MAP KEY | ) | |
| NUMBER (1)3-3-022-094, | ) | |
| TOGETHER WITH ALL APPUR- | ) | |
| TENANCES AND IMPROVEMENTS; | ) | |
| $14,114.66 SEIZED FROM BANK OF | ) | |
| HAWAI`I; AND $2,755.94 SEIZED | ) | |
| FROM WELLS FARGO BANK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| HSBC BANK USA, N.A.; AND | ) | |
| JAMES M. HYDE, | ) | |
| | ) | |
| Claimants. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO ENTER PARTIAL
DEFAULT JUDGMENT AND DECREE OF
<u>FORFEITURE AGAINST DEFENDANTS $14,114.66 AND $2,755.94</u>

This cause came before the Court on Plaintiff United

States of America's <u>Ex</u> <u>Parte</u> Motion for Entry of Partial Default

Judgment and Decree of Forfeiture filed against the following defendant properties:

    (1) $14,114.66 in United States currency seized on January 25, 2007, from the Bank of Hawai`i; and

    (2) $2,755.94 in United States currency seized on January 25, 2007, from Wells Fargo Bank

(hereinafter collectively referred to as the "Defendant Currency"), and it appearing that no entitled person has filed any claim or answer to challenge the forfeiture of the Defendant Currency, and it further appearing that the First Amended Complaint was properly served, that publication was duly made in this matter, and that due notice was given, the Court HEREBY FINDS THAT:

    1.  Process was duly issued in this case and that the Defendant Currency was duly seized by the United States Customs and Border Protection pursuant to said process;

    2.  No entitled person or entity has filed any claim or answer asserting an interest in the Defendant Currency within the time fixed by law;

    3.  On June 12, 2007, default was duly entered against any and all persons and entities claiming or having any interest in the Defendant Currency in the above-captioned defendant properties;

    4.  The allegations relating to the Defendant Currency contained in the First Amended Complaint for Forfeiture are taken as admitted; and

5. The instant <u>Ex</u> <u>Parte</u> Motion for Entry of Partial Default Judgment and Decree of Forfeiture filed against the Defendant Currency does not affect the forfeiture and disposition of the above-captioned defendant real property, including the adjudication of the claims to the defendant real property asserted by Claimants HSBC BANK USA, N.A. and JAMES M. HYDE which are pending before the Court.

Based upon the above findings, and being otherwise fully advised in the matter, the Court HEREBY RECOMMENDS THE FOLLOWING:

1. That a partial default judgment and decree of forfeiture be entered against the Defendant Currency;

2. That all persons claiming any right, title or interest in or to the Defendant Currency be held in default;

3. That the Defendant Currency be forfeited to the United States of America; and

4. That the United States Customs and Border Protection be authorized and directed to dispose of the Defendant Currency in accordance with law.

DATED AT HONOLULU, HAWAI`I, December 3, 2007.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

<u>USA v. Real Property Located at 148 Maunalanikai Place, etc.</u>; Civil No. 07-00049 HG LEK; "Findings and Recommendation to Enter Partial Default Judgment and Decree of Forfeiture Against Defendants $14,114.66 and $2,755.94"