IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              ) <br>          Plaintiff(s),   ) <br>              ) <br>     vs.          ) <br>              ) <br> Real Property Located at  ) <br> 148 Maunalanikai Place in ) <br> Honolulu, Hawaii, Title   ) <br> in the Name of Ai Hang    ) <br> Thi Hyde, and Designated  ) <br> as Tax Map Key Number     ) <br> (1)3-3-022-094, Together  ) <br> with All Appurtenances    ) <br> and Improvements;         ) <br> $14,114.66 Seized from    ) <br> Bank of Hawai'i; and      ) <br> $2,755.94 Seized from     ) <br> Wells Fargo Bank,         ) <br>              ) <br>          Defendants.   ) <br>_____) <br>              ) <br> HSBC Bank USA, N.A.; and  ) <br> James M. Hyde,            ) <br>              ) <br>          Claimants.    ) <br>_____) | CV 07-00049HG-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 3, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the [33] Findings and Recommendation to Enter Partial Default Judgment and Decree of Forfeiture Against Defendants $14,114.66 and $2,755.94 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 19, 2007.



　　　　　　　　　　　　　　　　/s/ Helen Gillmor
　　　　　　　　　　　　　　　　Chief United States District Judge

cc:all parties of record